MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
Ofc: (702) 870-8700
Fax: (702) 870-0034
Attorney for Plaintiff
mgliner@glinerlaw.com

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| TINA BAUM, | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| vs. | ) | |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC. and | ) | |
| TRANS UNION LLC | ) | |
| | ) | JURY DEMANDED |
| Defendants. | ) | |

## COMPLAINT

### JURISDICTION

1.  The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendants perpetrated therein.

### PRELIMINARY STATEMENT

2.  The Plaintiff brings this action for damages based upon Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims including, but not limited to, *defamation and invasion of privacy.*

3.     Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States.  Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4.     Defendant Experian Information Solutions, Inc., ("Experian"), is a corporate entity licensed to do business in the State of Nevada.

5.     Defendant Trans Union LLC (TUC) is a corporate entity licensed to do business in the State of Nevada.

6.     Experian and TUC are consumer reporting agencies, as defined in § 1681(f) of the FCRA, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the FCRA, to third parties.

## FACTUAL ALLEGATIONS

7.     Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of Defendants.

8.     For years Defendants have ruined Plaintiff's credit.

9.     Plaintiff is a Physical Therapist with a successful private practice.

10.     Plaintiff's credit profile was absolutely flawless prior to Defendants' erroneous reporting of her Bank of America (BOA) account.

11.     In April, 2005 Plaintiff opened a mortgage account with BOA's predecessor in interest, Countrywide Financial.

12.     There was no impound account.

13.     In April, 2009 BOA sent Plaintiff a notice to increase her payment for an ostensible impound account.

14.     Plaintiff advised BOA she did not have an impound account and that all taxes and insurance had been separately paid over the preceding four (4) years.

15.     After several months and numerous challenging contacts, BOA finally reversed the charges and "waived" the purported impound account.

16.     However, in April, 2011 Plaintiff received a notice pertaining to the "negative balance" in her supposed escrow account.

17.     Plaintiff spoke with "Amber" who identified herself as a BOA Supervisor.

18.     Amber explained if Plaintiff paid BOA $791.63 she could then "opt out" of any impound account.

19.     Plaintiff indeed paid $791.63 in order to put the intrusive ordeal behind her.

20.     However, in May 2011, Plaintiff received additional delinquency notices regarding the elusive impound account.

21.     Plaintiff contacted BOA and was funneled to numerous customer service representatives.

22.     One representative, "Gohar," confirmed Plaintiff was never late with either any taxes or insurance payments.

23.     Gohar explained that since Plaintiff had recently applied for a "home retention loan" an impound account was indeed required.

24.     However, Plaintiff had never applied for a home retention loan-or, for that matter, any modification-and this was subsequently confirmed by both Gohar and Michelle.

25.     In September, 2011 Plaintiff again contacted BOA due to daily harassing phone calls and requests for Plaintiff's late payments.

26.     Plaintiff was again informed her impound account was delinquent.

27.     The constant serial calls began as early as 6:30 am and continued late into evenings.

28.     Plaintiff dutifully continued to pay both her taxes and insurance separately.

29.     About this time, BOA and Defendants ruined Plaintiff's credit.

30.     Plaintiff made additional payments each time BOA's representatives requested them in exchange for the much promised "final waiver" of the peripatetic impound account.

31.     On August 26, 2013 Plaintiff disputed the BOA account with Defendants (Exhibit 1).

32.     While Exhibit 1 reflects Plaintiff's dispute to Trans Union, an identical dispute was also sent to Experian.

33.     The disputes detailed Plaintiff's protracted ordeal with BOA.

34.     Plaintiff specifically advised Defendants they would be sued if they failed to correct BOA's erroneous reporting.

35.     On September 11, 2013 TUC completed its reinvestigation "confirming" Plaintiff's "$7,580 delinquency" (Exhibit 2).

36.     On September 26, 2013 Experian completed its reinvestigation "confirming" Plaintiff's "$7,580 delinquency" (Exhibit 3).

37.     Plaintiff's credit score dropped dramatically as a result of Defendants' reporting.

38.     Defendants' reporting of Plaintiff's BOA account was the sole negative entry on Plaintiff's otherwise flawless credit reports.

39.     On December 16, 2013 BOA wrote Plaintiff regarding her loan account (Exhibit 4).

40.     Exhibit 4 reflects a purported delinquency in excess of $12,000.

41.     In Exhibit 4 BOA expressed Plaintiff was "currently participating in a Trial Payment Plan" to which Plaintiff ostensibly "agreed." (Exhibit 4, pages 1 and 5).

42.     Exhibit 4 also reflects a monthly trial payment amount of $1,684.04 (Exhibit 4, page 1).

43.     At no time has Plaintiff entered into any Trial Payment Plan or any other Loan Modification Agreement affecting her original 2005 mortgage.

44.     At no time has BOA provided Plaintiff a copy of the purported Trial Payment Plan notwithstanding repeated requests to do so.

45.     Attached as Exhibit 5 is Plaintiff's June, 2012-May, 2014 payment history on BOA's mortgage.

46.     Exhibit 5 reflects timely payments of $2,154 each month.

47.     In fact, Plaintiff had always timely paid her mortgage using her Bank's auto pay service.

48.   At no time has Plaintiff paid the $1,684.04 amount referenced in Exhibit 4.

49.   On February 10, 2014 Plaintiff again disputed her BOA account with TUC (Exhibit 6).

50.   An identical dispute was again sent to Experian.

51.   Exhibit 6 is largely identical to Exhibit 1.

52.   However, Exhibit 6 also provided Defendants a copy of Plaintiff's November 15, 2013 Federal Complaint filed against BOA.

53.   Notwithstanding, on February 24, 2014 TUC "verified" Plaintiff's "$10,000 delinquency." Exhibit 7.

54.   Experian failed to respond to Plaintiff's February 10, 2014 dispute in explicit violation of FCRA § 1681i.

55.   As a result, on March 25, 2014 Plaintiff yet again disputed her BOA account with Defendants (Exhibit 8).

56.   Exhibit 8 is largely identical to Exhibit 6.

57.   However, Exhibit 8 also provided Defendants BOA's December 16, 2013 letter (Exhibit 4) which specified Plaintiff's purported participation in a <u>Trial Payment Plan</u>.

58.   Plaintiff specifically requested Defendants <u>not verify</u> their reporting <u>without first acquiring from BOA the Trial Payment Plan</u> to which Plaintiff allegedly agreed (Exhibit 4).

59.   Plaintiff strenuously advised Defendants she never agreed to any Trial Payment Plan and that "NONE EXISTS."

60.   Notwithstanding, on April 9, 2014 TUC again verified Plaintiff's "$10,000 delinquency."  Exhibit 9.

61.   Notwithstanding, on April 9, 2014 Experian again verified Plaintiff's "$10,000 delinquency."  Exhibit 10.

62.   On September 22, 2014 Bank of America provided its letter confirming Plaintiff's account had been "current from its inception."  Exhibit 11.

STATEMENT OF CLAIM AS AGAINST DEFENDANTS

63.    In the entire course of their action, Defendants willfully and/or negligently violated the provisions of the FCRA in the following respects:

a.    By willfully and/or negligently failing, in the preparation of the consumer reports concerning Plaintiff, to follow reasonable procedures to assure maximum possible accuracy of the information in the reports.

b.    By willfully and/or negligently failing to comport with FCRA § 1681i.

PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief against Defendants:

a)    actual damages;

b)    punitive damages;

c)    attorney's fees; and

d)    costs.

Respectfully submitted,

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
Attorney for Plaintiff

August 26, 2013

**CERTIFIED MAIL**

TRANS UNION CORPORATION
P.O. Box 2000
Chester, PA 19022

Re: TINA L. BAUM

Dear Sir:

This letter is a dispute. I attach an excerpt from my recent credit profile.

I provide my personal information: Spouse: Sean Donnelly; current address: 8705 Queens Brook Court, Las Vegas, NV 89129; SSN ██-██-5724; date of birth: April 22, 1970:

Please revise the attached BOA [BAC] account to reflect a current status with no delinquencies. I purchased my home in 2005 in my name only. My agreement with BOA explicitly provided for no escrow account. All payments were timely made including all tax and insurance payments which I personally paid directly to the Assessor and my insurance company.

Notwithstanding, my problems with BOA began in 2009 when I received a notice from BOA to increase the mortgage payment for my ostensibly unfunded impound account. I called BOA advising there was no impound account and the charges were ultimately reversed with the impound account "waived." However, this protracted ordeal continued over the next four years to the present with a slew of notices and/or contacts corresponding to substantial delinquencies on my credit profiles and this status exists despite repeated confirmations from BOA that I was never late with either my mortgage payments, taxes or insurance. Simply, for some inscrutable reason, BOA keeps paying taxes and insurance which have already been paid.

You'll note that my profile is absolutely flawless but for BOA's and your misreporting. Please update my report. Respectfully, I will sue both BOA and you under the Fair Credit Reporting Act if my tradeline is not properly corrected.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Tina L. Baum

Enclosure

cc: Bank of America (via certified mail)

**EXHIBIT 1**

File Number:
330135064

-Begin Credit Report-

**Personal Information**

You have been on our files since 05/01/1992

SSN:
XXX-XX-5724

Your SSN has been masked for your protection.
Date of Birth:
04/22/1970
Names Reported:
TINA L. BAUM

Addresses Reported:

| Address | Date Reported |
|---|---|
| 8705 QUEENS BROOK CT, LAS VEGAS, NV 89129-2230 | 02/28/2009 |
| 1290 DAKOTA AVE N, HURON, SD 57350-4547 | 03/28/2006 |
| 8690 QUEENS BROOK CT, LAS VEGAS, NV 89129-2229 | 10/23/2006 |
| 7230 BUTTONS RIDGE DR, LAS VEGAS, NV 89131-2320 | |
| PO BOX 10219, VAN NUYS, CA 91410-0219 | 01/31/2010 |
| 8690 GREENS BLOCK CT, LAS VEGAS, NV 89129 | 12/17/2007 |

Telephone Numbers Reported:
(702) 656-5830
(702) 860-8462
(630) 515-6273

Employment Data Reported:

| Employer Name | Location | Position | Date Verified |
|---|---|---|---|
| KELLY G HAWKINS | LAS VEGAS, NV | MEDICAL CARE WORKER | 09/01/2001 |
| SELF | | | |

**Account Information**

Typically, creditors report any changes made to your account information monthly. This means that some

accounts listed below may not
reflect the most recent activity until the creditor's next reporting. This information may include things such
balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand son
the account information that could be reported.

Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them
ratings in the key below describe the payments that may be reported by your creditors. Please note: Some t
not all of these ratings may be present in your credit report.

| N/R | X | CUR | 30 | 60 | 90 | 120 | COL | VS | RPC | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repo-ssession | Charge Off | Foreclo |

Remarks Key

Additionally, some creditors may notate your account with comments each month. We refer to these credito
comments as 'Remarks'. The key below gives the descriptions of the abbreviated remarks contained in your
credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

**CBC** ACCOUNT CLOSED BY      **CLO**   CLOSED
        CONSUMER

**Adverse Accounts**

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency.
help you understand what is generally considered adverse, we have added >brackets< to those items in this
report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

## BAC HOME LOANS SERV LP #9321****
4161 PIEDMONT PKWY
GREENSBORO, NC 27410
(800) 451-6362

| Date Opened: | Date Updated: | Pay Status: |
|---|---|---|
| 04/25/2005 | 07/10/2013 | >Account 90 Days Past Due Date< |
| Responsibility: | Payment | Terms: |
| Individual Account | Received: | $2,526 per month, paid Monthly for 360 |
| Account Type: | $2,526 | months |
| Mortgage Account | Last Payment | >Maximum Delinquency of 120 days in |
| Loan     CONVENTIONAL REAL ESTATE | Made: | 12/2012< |
| Type:   MTG | 07/05/2013 | |

Mortgage Info:
Freddie Mac ID #100059600087806860 Acct #110843681
Estimated month and year that this item will be removed:
12/2018

| | | | | |
|---|---|---|---|---|
| **Amount Due** | $2,526 | $2,526 | $2,526 | $2,526 |
| **Amount Paid** | $2,526 | $2,526 | $0 | $0 |
| **Past Due** | $7,580 | $7,580 | $5,053 | $5,053 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| High Balance | $359,650 | | $359,650 | | $359,650 | $359,650 | | | |
| Rating | 90 | 90 | 90 | 60 | 60 | 60 | 90 | 120 | 90 | 60 |

| | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $321,131 | | | | $322,767 | $323,307 | $323,845 | $324,380 | | |
| Amount Due | $2,502 | | | | $2,502 | $2,502 | $2,534 | $2,534 | | |
| Amount Paid | $0 | | | | $0 | $0 | $0 | $0 | | |
| Past Due | $5,005 | | | | $5,005 | $5,005 | $5,005 | $5,037 | | |
| High Balance | $359,650 | | | | $359,650 | $359,650 | $359,650 | $359,650 | | |
| Rating | 60 | 30 | 60 | 60 | 60 | 60 | 60 | 30 | OK | 30 |

| | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | | | | | | $328,049 | $328,629 | $329,140 | $329,649 | $330,155 |
| Amount Due | | | | | | $2,408 | $2,408 | $2,153 | $2,153 | $2,153 |
| Amount Paid | | | | | | $0 | $0 | $0 | $0 | $0 |
| Past Due | | | | | | $0 | $0 | $0 | $0 | $0 |
| High Balance | | | | | | $359,650 | $359,650 | $359,650 | $359,650 | $359,650 |
| Rating | OK | 30 | OK | 30 | OK | OK | OK | OK | OK | OK |

| | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | 30 | 30 | OK | OK | OK | OK | OK | OK | OK |

| | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2007 | 08/2007 | 07/2007 | 06/2007 | 05/2007 | 04/2007 | 03/2007 | 02/2007 | 01/2007 | 12/2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2006 | 10/2006 | 09/2006 |
|---|---|---|---|
| Rating | OK | OK | OK |

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled.

### AMERICAN EXPRESS   #349990835364****
PO BOX 981537
EL PASO, TX 79998
(800) 874-2717



*** 330135064-006 ***
P.O. Box 2000
Chester, PA 19022-2000

09/11/2013   TransUnion.

P2YOC500203146-1022551-250134484

TINA L. BAUM
8705 QUEENS BROOK CT
LAS VEGAS, NV 89129-2230

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| BAC HOME LOANS SERV LP | # 9321**** | NEW INFORMATION BELOW |

# EXHIBIT 2

Page: 1 of 1

File Number: 330135064
Date Issued: 09/11/2013

-Begin Credit Report-



Trans**Union**.

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**BAC HOME LOANS SERV LP** #9321**** ( 4161 PIEDMONT PKWY, GREENSBORO, NC 27410, (800) 451-6362 )

| | |
|---|---|
| Date Opened: | 04/25/2005 |
| Responsibility: | Individual Account |
| Account Type: | Mortgage Account |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG |

| | |
|---|---|
| Balance: | $316,071 |
| Date Updated: | 07/31/2013 |
| Payment Received: | $2,526 |
| Last Payment Made: | 07/05/2013 |
| High Balance: | $359,650 |
| Past Due: | >$7,580< |

Pay Status: >Account 90 Days Past Due Date<
Terms: $2,526 per month, paid Monthly for 360 months
>Maximum Delinquency of 120 days in 11/2012<

Mortgage Info: Freddie Mac ID #100059600087806860 Acct #110843681

Estimated month and year that this item will be removed: 12/2018

| | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 90 | 90 | 90 | 60 | 60 | 60 | 90 | 120 | 90 | 60 | 60 | 30 |

| | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 60 | 60 | 60 | 60 | 30 | OK | 30 | OK | 30 | OK | 30 |

| | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 10/2007 | 09/2007 | 08/2007 | 07/2007 | 06/2007 | 05/2007 | 04/2007 | 03/2007 | 02/2007 | 01/2007 | 12/2006 | 11/2006 | 10/2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

-End of Credit Report-

 **Experian**
A world of insight

Prepared for: **TINA L BAUM**
Date: September 26, 2013
Report number: 1028-4567-64

Page 1 of 4



## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.



Scan me with your smart phone for special offers from Experian.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item was not changed as a result of our processing of your dispute

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

**Processed** - This item was either updated or deleted; review this report to learn its outcome

### Results

We have completed the processing of your dispute(s). Here are the results:

| Credit Items | Outcome |
| --- | --- |
| BANK OF AMERICA, N.A. 9321.... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time

### Additional information

To view a full copy of your corrected credit report, visit experian.com/viewreport

☐ To receive a copy by mail, check this box and within 30 days return this original page to P.O. Box 9701, Allen, TX 75013.
Copies will not be accepted.

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only $7.95. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

PO Box 9701
Allen, TX 75013



0010776 01 MB 0.422 **AUTO T7 0 7222 89125-223005   -CC1-P10785-I

TINA L BAUM
8705 QUEENS BROOK COURT
LAS VEGAS NV 89129-2230



Prepared for: **TINA L BAUM**
Date: **September 26, 2013**
Report number: **1028-4567-64**

Page 2 of 4

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | |
|---|---|
| OK Current/Terms of agreement met | VS Voluntarily surrendered |
| 30 Account 30 days past due | R Repossession |
| 60 Account 60 days past due | PBC Paid by creditor |
| 90 Account 90 days past due | IC Insurance claim |
| 120 Account 120 days past due | CG Claim filed with government |
| 150 Account 150 days past due | D Defaulted on contract |
| 180 Account 180 days past due | C Collection |
| CRD Creditor received deed | CO Charge off |
| FS Foreclosure proceedings started | CLS Closed |
| F Foreclosed | ND No data for this time period |

## 🖿 Credit items

**BANK OF AMERICA, N.A.**
4161 PIEDMONT PKWY
GREENSBORO NC 27410
Phone number
(800) 451 6362
Partial account number
9321....
Address Identification number
0699130137
Mortgage Identification Number
100059600087806860
Freddie Mac ID
110843681

| | |
|---|---|
| **Date opened** Apr 2005 | **Type** Mortgage |
| **First reported** Sep 2006 | **Terms** 30 Years |
| **Date of status** Apr 2013 | **Monthly payment** $2,526 |

**Credit limit or original amount**
$359,650
**High balance**
Not reported

**Recent balance**
$315,495 as of Sep 2013
**Recent payment**
$2,526

**Responsibility**
Individual
**Status**
Open. $7,580 past due as of Sep 2013.
By Oct 2018, this account is scheduled to go to a positive status.
This item was updated from our processing of your dispute in Sep 2013.

**Payment history**

| 2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP AUG JUL JUN MAY APR MAR FEB JAN | | 2012 DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN | | | | | | | | | | | 2011 DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN | | | | | | | | | | | | 2010 DEC NOV OCT SEP AUG JUL JUN MAY APR | | | | | | | | | | |
| OK ND OK OK OK OK OK OK OK | | OK OK OK OK OK OK OK OK OK OK OK OK | | | | | | | | | | | OK OK OK OK OK OK OK OK OK OK OK OK | | | | | | | | | | | | OK OK OK OK OK OK OK OK OK | | | | | | | | | |

| 2009 | | | | | | | | | | | | | 2008 | | | | | | | | | | | | | 2007 | | | | | | | | | | | | | 2006 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Account history - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

AB = Account balance ($)    DPR = Data payment received    s = Scheduled payment amount ($)    AAP = Actual amount paid ($)

| | Aug13 | Jul13 | May13 | Apr13 | Mar13 | Feb13 | Jan13 | Dec12 | Nov12 | Oct12 | Sep12 | Aug12 | Jul12 | Jun12 | May12 | Apr12 | Mar12 | Feb12 | Jan12 | Dec11 | Nov11 | Oct11 | Sep11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 316,071 | 316,645 | 317,215 | 317,785 | 318,348 | 318,910 | 319,469 | 320,026 | 321,131 | 321,131 | 321,131 | 321,679 | 322,224 | 322,767 | 323,307 | 323,845 | 324,380 | 324,912 | 324,912 | 325,441 | 325,968 | 326,492 | 327,014 |
| DPR | Jul05 | Jul05 | May31 | Apr05 | Mar06 | Feb14 | Jan24 | Dec31 | Nov27 | Oct30 | Sep26 | Aug31 | Jul30 | Jun29 | May21 | Apr07 | Mar23 | Feb22 | Jan31 | Dec28 | Nov29 | Oct26 | Sep21 |

0002991390

**Bank of America** ⟩⟩⟩ **Home Loans**

PO Box 5170
Simi Valley, CA 93062-5170

0030581 02 AV 0.357 **AUTO  7 0 1271 89129-223005  -C27-P20611-412
MSR A3D00101 041 1000000000000 BLMM-PATR - MLEN-VCRE 2CORSTE

TINA L BAUM
8705 QUEENS BROOK CT
LAS VEGAS NV  89129-2230

Customer service information

Customer service: 1.800.669.6607

TDD/TTY users only: 1.800.300.6407

En Español: 1.800.295.0025

Monday-Friday 7 a.m. to 7 p.m. Local Time

bankofamerica.com

| Account number | 093212003 |
| Payment due date | January 1, 2014 |
| **Total Amount Due** | **$12,883.72** |

## Your Home Loan Account

Statement date: December 16, 2013

You are currently participating in a Trial Payment Plan. During this Trial Period you may make your monthly payments at the Trial Period monthly payment amount, which is 1,684.04 instead of the amount shown on this statement.

### Account information

| | |
| --- | --- |
| Principal balance | $314,334.55 |
| Escrow balance | -$32.46 |
| Interest rate | 5.8905% |
| Prepayment penalty | No |

### Explanation of total amount due

| | |
| --- | --- |
| Principal | $599.57 |
| Interest | $1,554.31 |
| Escrow (taxes and insurance) | $332.96 |
| **Regular monthly payment** | **$2,486.94** |
| Current period fees and charges | $0.00 |
| Overdue payments, fees and charges | $12,857.23 |
| Unapplied funds* | -$2,460.45 |
| **Total amount due** | **$12,883.72** |

*Please see the "Other important information" section of this statement.

### Past payments breakdown

| | Paid since last statement | Paid year to date |
| --- | --- | --- |
| Principal | $582.02 | $5,691.82 |
| Interest | $1,571.96 | $15,847.98 |
| Escrow (taxes and insurance) | $372.91 | $4,894.57 |
| Fees, charges, and advances | $0.00 | $0.00 |
| Unapplied funds* | $1,781.11 | $2,460.45 |
| **Total** | **$4,308.00** | **$28,894.92** |

---

**Bank of America** ⟩⟩⟩ **Home Loans**

Account number: 093212003
TINA L BAUM

Property address:
7230 BUTTONS RIDGE DRIVE
LAS VEGAS, NV 89131

Bank of America, N.A.
PO Box 650070
Dallas, TX 75265-0070

| Amount due on January 1, 2014 | | $2,486.94 |
| --- | --- | --- |
| Additional principal | $ | |
| Additional escrow | $ | |
| Total enclosed | $ | |

093212003300000248694000248694

⑆586990058⑆093212003⑈

EXHIBIT 4

1271-27-00-0030581-0001-0074950

TINA L BAUM  |  Account  2003  |  December 16, 2013  |  Page 2 of 6

## Additional account information

| Property Address | 7230 BUTTONS RIDGE DRIVE |
|---|---|
| Loan type | 30 Yr Conventional |
| Contractual remaining term | 21 Years, 10 Months |

## Transaction activity (11/05/13 to 12/16/13)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 11/06/13 | Unapplied Funds Posted | | 2,154.00 |
| 11/07/13 | Unapplied Funds Reversal | | -2,526.89 |
| 11/07/13 | Payment Posted - Thank you | | 2,526.89 |
| 12/06/13 | Unapplied Funds Posted | | 2,154.00 |
| 12/11/13 | COUNTY TAX PMT | | -742.00 |

## Additional contact information

 **Housing Counselor Information:** If you would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 1.800.569.4287.

| General Inquiries | To mail a payment | Overnight mail | Insurance matters |
|---|---|---|---|
| PO Box 5170<br>Simi Valley, CA 93062-5170 | PO Box 650070<br>Dallas, TX 75265-0070<br><br>Payments can also be made by phone, online, or at any Bank of America Banking center. | Retail Payment Services,<br>TX1-160-06-01<br>Dallas InfoMart; STE 6020<br>1950 N Stemmons FWY<br>Dallas, TX 75207-3134<br><br>Accepts overnight mail only. In-person payments are not accepted at this address. | Insurance Dept.<br>PO Box 961291<br>Fort Worth, TX 76161-0291 |

Notice of Error, Requests for Information and Qualified Written Requests (as defined in RESPA) must be sent to: PO Box 942019, Simi Valley, CA 93094-2019. You have certain rights under federal law to resolve errors and request information related to your account. For more information about these rights, you can go to bankofamerica.com or contact us.

## Payment processing information

The following payment options are available to you:

- PayPlan service - With PayPlan you can have your mortgage payments automatically drafted from your checking or savings account. Call us at 1.866.767.4131 for more details or to enroll.
- Online Banking and Mobile Payments – With these options, you can make your monthly mortgage monthly payment around the clock. Visit us at bankofamerica.com for more details.

## You can make your payment

- By automatic draft payment using PayPlan
- Online at bankofamerica.com
- By phone - call 1.800.669.6607
- At any Bank of America banking center
- By mail using the enclosed envelope

**For checks or money orders**
- Make your check payable to Bank of America, N.A.
- Please write your loan number on the check or money order
- Include this payment coupon with your check (do not staple your check to the coupon)
- Please do not send cash or include correspondence

 Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2013 Bank of America Corporation.



**Bank of America** ➤➤➤ **Home Loans**   **Your Home Loan Account**

- Mortgage Pay on the Web (MPW) - This service allows you to make your monthly mortgage payment online. With MPW, there is no usage fee when selecting to pay from a Bank of America checking or savings account. If you choose to have your payment drafted from another financial institution account, there is no fee for drafting during the first half of your grace period; however, a $6 usage fee will be charged if the payment is drafted during the second half of the grace period.
- Pay By Phone - There is no fee for paying from a Bank of America checking or savings account. There is a $15 fee for using the automated pay-by-phone service, if paying from another financial institution checking or savings account. If you choose to process a payment through a Customer Service Representative, there is a $20 fee for this service.

Payments are considered received by Bank of America, N.A. when received through the means or at the locations designated above, or at such other locations as may be designated by Bank of America, N.A. If your loan is in default based on certain conditions, such as bankruptcy or foreclosure, you may be unable to make a payment using one or more of the means or locations listed in the "Additional contact information" section. Payments received pursuant to a PayPlan will be processed in accordance with the PayPlan agreement. Payments received pursuant to a PhonePay will be processed in accordance with the PhonePay agreement. Payments received pursuant to a Bank of America Bill Pay , Transfer and Mortgage Pay on the Web options, will be processed in accordance with the Bill Pay, Transfer and Mortgage Pay on the Web agreement.  For mailed payments, if you do not mail your payment coupon with your payment or do not mail your payment to the designated payment location, it may cause delays in the processing of your payment. Payments mailed with the payment coupon to the designated location which are received by 5:00 p.m. in the time zone of the designated payment location will be credited to your account effective on that business day, unless otherwise specified on the remittance coupon provided. All payments mailed to Bank of America, N.A. must be in the form of a check or money order (drawn in United States dollars and payable by a United States financial institution or the United States Postal Service) made payable to Bank of America, N.A. Certified or other forms of payment may be required if previously advised.

If you are planning to pay off your loan, please contact us at least 10 days before your scheduled draft date to cancel your service at 1-800.669.6607. This will avoid any drafts occurring in conjunction with your payoff transaction.

Any full periodic payment that is received and accepted will be applied to the longest outstanding periodic payment due, unless otherwise expressly prohibited or limited by your loan documents, the owner/insurer/guarantor of your loan or applicable law. Payments will be applied as described in your loan documents, including any modifications to the original documents. If your loan is current, please specify how you want any additional amounts you pay to be applied to your account. If you do not specify, subject to your loan documents, additional amounts will first be applied to fees or other amounts owed on your account and the remainder applied as a principal reduction. If we are unable to apply additional amounts to your account as you specify, we may return the funds to you. Postdated checks will be processed on the date received unless an authorized representative agrees to honor the date written on the check as a condition of a repayment plan.

We may charge you a fee of up to $40.00 for any payment returned or rejected by your financial institution according to your loan documents and applicable law. In addition, there may be fees for certain services related to the servicing of your loan – these fees are either listed on our website or will be quoted upon request. All fees are subject to change without prior notice.

Partial payment policy:  A partial payment is a payment less than your full periodic payment due. Depending on the requirements of your loan documents, the owner/insurer/guarantor of your loan or applicable law, and, depending on the status of your account, partial payments may be promptly returned to you, applied to your account or held in a non-interest bearing account for a period of time until you send us additional funds sufficient to equal a full periodic payment due. If your loan is current and your loan documents permit us to apply partial payments to your account, partial payments will be applied as you specified, and, if not specified, according to your loan documents, they will first be applied to fees or other amounts owed on your account and the remainder applied as a principal reduction. If we are unable to apply partial payments to your loan as you specify, we may return the payment to you. If your loan is not current and your loan documents permit us to hold a partial payment in a non-interest bearing account, we will do so until you send us additional funds sufficient to equal a full periodic payment due. If you don't send us additional funds, subject to your loan documents, we may apply some or all of the partial payment to amounts owed on your account and return the balance of the payment to you. If your loan is in default and declared due and payable or your loan is in foreclosure, we may be unable to accept or apply partial payments and will return them to you.

Interest calculation: For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

## Other important information

Amount to bring your loan current:  The total amount in this section represents the total of (1) all periodic principal, interest and escrow (if applicable) payments now due under your loan documents, including past due payments and (2) the periodic principal, interest and escrow (if applicable) payment of the current payment due under your loan documents as indicated on this statement. If you submit funds sufficient to cover this total amount, your loan will be considered current with respect to the periodic principal, interest and escrow (if applicable) payments due under your loan. Please note, if you only submit this total amount, you may still owe additional amounts on your account, such as late payment fees and other fees as well as amounts for any optional products you may have elected to receive. If you want to pay those amounts as well, please include additional funds. In addition, the calculation of this total amount does not include any unapplied funds related to your account, if applicable.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not

an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.

**Credit reporting notice:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**Learn more about your new statement**
Refer to the guide included with your first new statement to learn more about key sections and specific features. You can also access this guide at http://message.bankofamerica.com/StatementInformation If you have any questions, feel free to call us at the customer service number printed on your statement.

**Paid year to date:** Balances in the Past Payment Breakdown section should NOT be used for year-end tax reporting. Please use the information on IRS Form 1098 that will be provided during tax season for reporting purposes. Balances for loans that have been service-transferred or have undergone modification, will reflect activity that has occurred since the date of transfer or modification only.

**Payoff:** You can request payoff figures by calling 1.800.669.5833. If Bank of America, N.A. receives funds greater than the amount required to pay off your loan, we will automatically process and refund the overage within 20 business days after the payoff.

**Statement information:** The information contained in this statement is accurate as of the date of this statement but may not contain all information related to your loan. For the most up to date and complete information regarding your loan, please contact customer service.

**Unapplied funds:** Depending on the requirements of your loan documents, the owner/insurer/guarantor of your loan or applicable law, funds you send us cannot be applied to your loan and we hold these funds in a non-interest bearing account until they can be applied. For example, if you send us a partial payment (i.e. a payment less than your full periodic payment due), we may be unable to apply the payment to your loan and will hold the funds in the non-interest bearing account for a period of time until you send us additional funds sufficient to equal a full periodic payment due. If you don't send us additional funds, subject to your loan documents, we may apply some or all of the unapplied funds to amounts owed on your account and return the balance of the unapplied funds to you. This balance represents the amount of your funds being held in the non-interest bearing account, as of the date of this statement.



**Bank of America** 〰 Home Loans                    **Your Home Loan Account**

| TINA L BAUM | Account 2003 | December 16, 2013 | Page 5 of 6 |

## Delinquency notice

 You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of December 16, 2013, you are 137 days delinquent on your mortgage loan. If you are experiencing financial difficulty, see the Additional contact information section in your statement for information about mortgage counseling or assistance.

### Recent account history

| Payment due date | Payment amount due | Unpaid balance due | Outstanding balance due |
|---|---|---|---|
| 07/01/13 | $0.00 | Fully paid on 11/07/13 | $0.00 |
| 08/01/13 | $2,526.89 | $66.44 | $66.44 |
| 09/01/13 | $2,526.89 | $2,526.89 | $2,593.33 |
| 10/01/13 | $2,526.89 | $2,526.89 | $5,120.22 |
| 11/01/13 | $2,469.22 | $2,469.22 | $7,589.44 |
| 12/01/13 | $2,486.94 | $2,486.94 | $10,076.38 |
| 01/01/14 | $2,486.94 | $2,486.94 | $12,563.32 |

This represents the total outstanding and current principal, interest and escrow (if applicable) due and you must pay $12,563.32 to bring your loan current.* For all amounts due on your loan, please refer to the Total amount due on the first page of this statement.

## Programs to which you have agreed

 You are currently participating in a Trial Payment Plan. If you have any questions regarding your monthly payment, please contact your Customer Relationship Manager.

There has been a payment default or other default on your loan that could result in acceleration of all sums due under the note. As a result, Bank of America, N.A. will use companies, including its affiliates LandSafe Default, Inc., LandSafe Services, LLC., LandSafe Title of California, Inc., LandSafe Title of Washington, Inc., LandSafe Title of Florida, Inc., LandSafe Services of Alabama, Inc., LandSafe Title of Texas, Inc., ReconTrust Company, N.A., and LandSafe Appraisal Services, Inc., to provide services required to protect the note holder's interest and rights in the property and under the note and security instrument, including any remedies thereunder (the "Default Related Services"). Bank of America, N.A. will assess fees to your loan account for the Default Related Services, including those provided by its affiliates. A schedule of fees that may be charged to your account for Default Related Services is available at the following web address: http://www.bankofamerica.com/defaultfees. If you do not have internet access, please contact customer service to have a fee schedule mailed to you. The fee schedule contains a complete list of the Default Related Services you could be charged, however it does not include a complete list of all fees or charges that could be assessed on your loan account.

As long as your loan remains delinquent, Bank of America, N.A. will conduct inspections of your property on a periodic basis. These inspections are provided for in your loan documents.

TINA L BAUM                          | Account  2003          | December 16, 2013                          Page 6 of 6



1271-27-00-0030581-0003-0074958

# EXHIBIT 5

## Bill History

To view payments and bills for a different date range, select an option in Current View. Use the Additional Options box to show a list for specific settings.

**Current View**

Specific date range Up to 24 months.

**Additional Options**

| From | 06/01/2012 |
| --- | --- |
| To | 05/01/2014 |
| Show | Biller Name |
| For | B of A - *12003 |

How do I sort, search, or categorize?

Payments 1 - 23 of 23

| Biller Name | Category/Account | Amount | Pay Date | Status/Confirm# | |
| --- | --- | --- | --- | --- | --- |
| B of A *9861 | Mortgage Tina's house *12003 | $2154.00 | 07/05/2013 | Paid | View Detail |
| B of A *9861 | Mortgage Tina's house *12003 | $2154.00 | 08/06/2013 | Paid | View Detail |
| B of A *9861 | Mortgage Tina's house *12003 | $2154.00 | 09/06/2013 | Paid | View Detail |
| B of A *9861 | Mortgage Tina's house *12003 | $2154.00 | 10/04/2013 | Paid | View Detail |
| B of A *9861 | Mortgage Tina's house *12003 | $2154.00 | 11/06/2013 | Paid | View Detail |
| B of A *9861 | Mortgage Tina's house *12003 | $2154.00 | 12/06/2013 | Paid | View Detail |
| B of A *9861 | Mortgage Tina's house *12003 | $2154.00 | 01/06/2014 | Paid | View Detail |
| B of A *9861 | Mortgage Tina's house *12003 | $2154.00 | 02/06/2014 | Paid | View Detail |
| B of A *9861 | Mortgage Tina's house *12003 | $2154.00 | 03/06/2014 | Paid | View Detail |
| B of A *9861 | Mortgage Tina's house *12003 | $2154.00 | 04/04/2014 | Paid | View Detail |

| | | | | | |
|---|---|---|---|---|---|
| B of A<br>Mortgage<br>Tina's house<br>*12003 | *98861 | $2154.00 | 06/06/2013 | Paid | View Detail |
| B of A<br>Mortgage<br>Tina's house<br>*12003 | *98861 | $2154.00 | 05/06/2013 | Paid | View Detail |
| B of A<br>Mortgage<br>Tina's house<br>*12003 | *98861 | $2154.00 | 04/05/2013 | Paid | View Detail |
| B of A<br>Mortgage<br>Tina's house<br>*12003 | *98861 | $2154.00 | 03/06/2013 | Paid | View Detail |
| B of A<br>Mortgage<br>Tina's house<br>*12003 | *98861 | $2154.00 | 02/06/2013 | Paid | View Detail |
| B of A<br>Mortgage<br>Tina's house<br>*12003 | *98861 | $2154.00 | 01/04/2013 | Paid | View Detail |
| B of A<br>Mortgage<br>Tina's house<br>*12003 | *98861 | $2154.00 | 12/06/2012 | Paid | View Detail |
| B of A<br>Mortgage<br>Tina's house<br>*12003 | *98861 | $2154.00 | 11/06/2012 | Paid | View Detail |
| B of A<br>Mortgage<br>Tina's house<br>*12003 | *98861 | $2154.00 | 10/05/2012 | Paid | View Detail |
| B of A<br>Mortgage<br>Tina's house<br>*12003 | *98861 | $2154.00 | 09/06/2012 | Paid | View Detail |
| B of A<br>Mortgage<br>Tina's house<br>*12003 | *98861 | $2154.00 | 08/06/2012 | Paid | View Detail |
| B of A<br>Mortgage<br>Tina's house<br>*12003 | *98861 | $2154.00 | 07/06/2012 | Paid | View Detail |
| B of A<br>Mortgage<br>Tina's house<br>*12003 | *98861 | $2154.00 | 06/06/2012 | Paid | View Detail |
| | Total | $49542.00 | Includes Paid, Pending, and Processing amounts only. | | |

Payments 1 - 23 of 23

5/9/2014 9:24 AM

February 10, 2014

**CERTIFIED MAIL**

TRANS UNION CORPORATION
P.O. Box 2000
Chester, PA 19022

Re: **TINA L. BAUM**

Dear Sir:

This letter is a dispute. I attach an excerpt from my recent credit profile.

I provide my personal information: Spouse: Sean Donnelly; current address: 8705 Queens Brook Court, Las Vegas, NV 89129; SSN ███-██-████; date of birth: April 22, 1970.

Please revise the attached BOA [BAC] account to reflect a current status with *no delinquencies*. I purchased my home in 2005 in my name only. My agreement with BOA explicitly provided for *no escrow account*. All payments were timely made including all tax and insurance payments which I personally paid directly to the Assessor and my insurance company.

Notwithstanding, my problems with BOA began in 2009 when I received a notice from BOA to increase the mortgage payment for my *ostensibly unfunded impound account*. I called BOA advising there was no impound account and the charges were ultimately reversed with the impound account "waived." However, this protracted ordeal continued over the next four years to the present with a slew of notices and/or contacts corresponding to substantial delinquencies on my credit profiles and this status exists despite repeated confirmations from BOA that I was never late with either my mortgage payments, taxes or insurance. Simply, for some inscrutable reason, BOA keeps paying taxes and insurance which have already been paid.

I have attached my November 15th, 2013 federal Complaint which further details my ordeal with BOA.

You'll note that my profile is absolutely flawless but for BOA's and your misreporting. Please update my report. Respectfully, I will sue you under the Fair Credit Reporting Act if my tradeline is not properly corrected.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Tina L. Baum

Enclosures

EXHIBIT 6

File Number:
330135064

-Begin Credit Report-

## Personal Information

You have been on our files since 05/01/1992

SSN:
XXX-XX-5724

Your SSN has been masked for your protection.
Date of Birth:
04/22/1970
Names Reported:
TINA L. BAUM

Addresses Reported:

| Address | Date Reported |
|---|---|
| 8705 QUEENS BROOK CT, LAS VEGAS, NV 89129-2230 | 02/28/2009 |
| 1290 DAKOTA AVE N, HURON, SD 57350-4547 | 03/28/2006 |
| 8690 QUEENS BROOK CT, LAS VEGAS, NV 89129-2229 | 10/23/2006 |
| 7230 BUTTONS RIDGE DR, LAS VEGAS, NV 89131-2320 | |
| PO BOX 10219, VAN NUYS, CA 91410-0219 | 01/31/2010 |
| 8690 GREENS BLOCK CT, LAS VEGAS, NV 89129 | 12/17/2007 |

Telephone Numbers Reported:
(702) 656-5830
(702) 860-8462
(630) 515-6273

Employment Data Reported:

| Employer Name | Location | Position | Date Verified |
|---|---|---|---|
| KELLY G HAWKINS SELF | LAS VEGAS, NV | MEDICAL CARE WORKER | 09/01/2001 |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some

accounts listed below may not

reflect the most recent activity until the creditor's next reporting. This information may include things suc balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand so the account information that could be reported.

Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with ther ratings in the key below describe the payments that may be reported by your creditors. Please note: Some not all of these ratings may be present in your credit report.

| R/R | X | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge-Off Form |

Remarks Key

Additionally, some creditors may notate your account with comments each month. We refer to these credi comments as 'Remarks'. The key below gives the descriptions of the abbreviated remarks contained in you credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

**CBC** ACCOUNT CLOSED BY **CLO** CLOSED
CONSUMER

**Adverse Accounts:**

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scramble

**BAC HOME LOANS SERV LP #9321****
4161 PIEDMONT PKWY
GREENSBORO, NC 27410
(800) 451-6362

| | | | Date Updated: | Pay Status: |
|---|---|---|---|---|
| Date Opened: | | | 07/10/2013 | >Account 90 Days Past Due Date< |
| 04/25/2005 | | | Payment | Terms: |
| Responsibility: | | | Received: | $2,526 per month, paid Monthly for 36 |
| Individual Account | | | $2,526 | months |
| Account Type: | | | Last Payment | >Maximum Delinquency of 120 days i |
| Mortgage Account | | | Made: | 12/2012< |
| Loan | CONVENTIONAL REAL ESTATE | | 07/05/2013 | |
| Type: | MTG | | | |

Mortgage Info:
Freddie Mac ID #100059600087806860 Acct #110843681
Estimated month and year that this item will be removed:
12/2018

| | | | | |
|---|---|---|---|---|
| **Amount Due** | $2,526 | $2,526 | $2,526 | $2,526 |
| **Amount Paid** | $2,526 | $2,526 | $0 | $0 |
| **Past Due** | $7,580 | $7,580 | $5,053 | $5,053 |

| | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| High Balance | $359,650 | | $359,650 | | $359,650 | $359,650 | | | | |
| Rating | 90 | 90 | 90 | 60 | 60 | 60 | 90 | 120 | 90 | 60 |

| | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $321,131 | | | | $322,767 | $323,307 | $323,845 | $324,380 | | |
| Amount Due | $2,502 | | | $2,502 | $2,502 | $2,534 | $2,534 | | | |
| Amount Paid | $0 | | | $0 | $0 | $0 | $0 | | | |
| Past Due | $5,005 | | | $5,005 | $5,005 | $5,005 | $5,037 | | | |
| High Balance | $359,650 | | | $359,650 | $359,650 | $359,650 | $359,650 | | | |
| Rating | 60 | 30 | 60 | 60 | 60 | 60 | 60 | 30 | OK | 30 |

| | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | | | | | | $328,049 | $328,629 | $329,140 | $329,649 | $330,155 |
| Amount Due | | | | | | $2,408 | $2,408 | $2,153 | $2,153 | $2,153 |
| Amount Paid | | | | | | $0 | $0 | $0 | $0 | $0 |
| Past Due | | | | | | $0 | $0 | $0 | $0 | $0 |
| High Balance | | | | | | $359,650 | $359,650 | $359,650 | $359,650 | $359,650 |
| Rating | OK | 30 | OK | 30 | OK | OK | OK | OK | OK | OK |

| | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | 30 | 30 | OK | OK | OK | OK | OK | OK | OK |

| | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2007 | 08/2007 | 07/2007 | 06/2007 | 05/2007 | 04/2007 | 03/2007 | 02/2007 | 01/2007 | 12/2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2006 | 10/2006 | 09/2006 |
|---|---|---|---|
| Rating | OK | OK | OK |

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbe
have been partially masked, and in some cases scrambled.

**AMERICAN EXPRESS  #349990835364****
PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

1  MITCHELL D. GLINER, ESQ.
   Nevada Bar #003419
2  3017 West Charleston Blvd., #95
   Las Vegas, NV  89102
3  (702) 870-8700
   (702) 870-0034 Fax
4  Attorney for Plaintiff

5

6                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
7

8

9  TINA BAUM,                    )
                                 )
10        Plaintiff,             )   Case No.
                                 )
11 vs.                           )
                                 )
12 BANK OF AMERICA, N.A.         )   JURY DEMANDED
                                 )
13        Defendant.             )
                                 )

14                            COMPLAINT

15                           JURISDICTION

16     1.   The jurisdiction of this Court attains pursuant to the

17 FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental

18 jurisdiction.  Venue lies in the Southern Division of the Judicial

19 District of Nevada as Plaintiff's claims arose from acts of the

20 Defendant perpetrated therein.

21

22                       PRELIMINARY STATEMENT

23     2.   The Plaintiff brings this action for damages based upon

24 Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C

25 § 1681 et seq. (hereinafter referred to as "FCRA"), and of state

26 law obligations brought as supplemental claims including, but not

27 limited to, defamation and invasion of privacy.

28

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

*** 330135064-009 ***
P.O. Box 2000
Chester, PA 19022-2000



02/24/2014    TransUnion.

P3CL2A00201401-I009883-298882048

TINA L. BAUM,
8705 QUEENS BROOK CT
LAS VEGAS, NV 89129-2230

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| BAC HOME LOANS SERV LP | # 9321**** | NEW INFORMATION BELOW |

# EXHIBIT 7

Page: 1 of 1

File Number: 330135064
Date Issued: 02/24/2014

**-Begin Credit Report-**

 Trans**Union.**

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**BAC HOME LOANS SERV LP #9321****** (4161 PIEDMONT PKWY, GREENSBORO, NC 27410, (800) 451-6362 )

| | | | |
|---|---|---|---|
| Date Opened: | 04/25/2005 | Balance: | $314,334 |
| Responsibility: | Individual Account | Date Updated: | 02/24/2014 |
| Account Type: | Mortgage Account | Payment Received: | $0 |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG | Last Payment Made: | 11/06/2013 |
| | | High Balance: | $359,650 |
| | | Past Due: | $10,049 |

Pay Status: ›Account 120 Days Past Due Date‹
Terms: $2,526 per month, paid Monthly for 360 months
›Maximum Delinquency of 120 days in 11/2012 and in 02/2014 for $10,049‹

Mortgage Info: Freddie Mac ID #100059600087805860 Acct #110543681
Remarks: ACCT INFO DISPUTED BY CONSUMR
Estimated month and year that this item will be removed: 12/2018

| | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 60 | 60 |

| | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 90 | 120 | 90 | 60 | 60 | 30 | 60 | 60 | 60 | 60 | 60 |

| | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 30 | OK | 30 | OK | 30 | OK | 30 | OK | OK | OK | OK | OK |

| | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 | 07/2007 | 06/2007 | 05/2007 | 04/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**- End of investigation results -**

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

**-End of Credit Report-**

March 25, 2014

**CERTIFIED MAIL**

Trans Union Corporation
P.O. Box 2000
Chester, PA  19022

Re:  **TINA L. BAUM**

Dear Sir:

This letter is a dispute.  I attach an excerpt from my recent credit profile.

I provide my personal information: Spouse: Sean Donnelly; current address: 8705 Queens Brook Court, Las Vegas, NV 89129; SSN ▮▮▮-▮▮-▮▮▮▮; date of birth: April 22, 1970.

Please revise the attached BOA [BAC] account to reflect a current status with *no delinquencies*.  I purchased my home in 2005 in my name only.  My agreement with BOA explicitly provided for *no escrow account*.  All payments were timely made including all tax and insurance payments which I personally paid directly to the Assessor and my insurance company.

Notwithstanding, my problems with BOA began in 2009 when I received a notice from BOA to increase the mortgage payment for my *ostensibly unfunded impound account*.  I called BOA advising there was no impound account and the charges were ultimately reversed with the impound account "waived." However, this protracted ordeal continued over the next four years to the present with a slew of notices and/or contacts corresponding to substantial delinquencies on my credit profiles and this status exists despite repeated confirmations from BOA that I was never late with either my mortgage payments, taxes or insurance.  Simply, for some inscrutable reason, BOA keeps paying taxes and insurance which have already been paid.

I have attached my November 15th, 2013 Federal Complaint which further details my ordeal with BOA.

EXHIBIT *8*

March 25, 2014
Trans Union Corporation
Page 2


I have also attached BOA's December 16, 2013 Letter/Statement.
Incomprehensibly, BOA states on page 5 I am "currently
participating in a Trial Payment Plan...to which [I] have agreed."
Please do not verify BOA's reporting without first acquiring from
BOA the actual Trial Payment Plan to which I have allegedly agreed.
This is the core of the problem-I *NEVER HAVE AND NONE EXISTS!*

You'll note that my profile is absolutely flawless but for BOA's
and your misreporting.  Please update my report.  Respectfully, I
will sue you under the Fair Credit Reporting Act if my tradeline is
not properly corrected.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Tina L. Baum


Enclosures

File Number:
330135064

-Begin Credit Report-

## Personal Information

You have been on our files since 05/01/1992

SSN:
XXX-XX-5724

Your SSN has been masked for your protection.
Date of Birth:
04/22/1970
Names Reported:
TINA L. BAUM

Addresses Reported:

| Address | Date Reported |
|---|---|
| 8705 QUEENS BROOK CT, LAS VEGAS, NV 89129-2230 | 02/28/2009 |
| 1290 DAKOTA AVE N, HURON, SD 57350-4547 | 03/28/2006 |
| 8690 QUEENS BROOK CT, LAS VEGAS, NV 89129-2229 | 10/23/2006 |
| 7230 BUTTONS RIDGE DR, LAS VEGAS, NV 89131-2320 | |
| PO BOX 10219, VAN NUYS, CA 91410-0219 | 01/31/2010 |
| 8690 GREENS BLOCK CT, LAS VEGAS, NV 89129 | 12/17/2007 |

Telephone Numbers Reported:
(702) 656-5830
(702) 860-8462
(630) 515-6273

Employment Data Reported:

| Employer Name | Location | Position | Date Verified |
|---|---|---|---|
| KELLY G HAWKINS | LAS VEGAS, NV | MEDICAL CARE WORKER | 09/01/2001 |
| SELF | | | |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some

accounts listed below may not

reflect the most recent activity until the creditor's next reporting. This information may include things
balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understan
the account information that could be reported.

Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with t
ratings in the key below describe the payments that may be reported by your creditors. Please note: So:
not all of these ratings may be present in your credit report.

| R/R | X | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession |

Remarks Key

Additionally, some creditors may notate your account with comments each month. We refer to these cre
comments as 'Remarks'. The key below gives the descriptions of the abbreviated remarks contained in y
credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

**CBC** ACCOUNT CLOSED BY   **CLO**   CLOSED
CONSUMER

**Adverse Accounts**

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquen
help you understand what is generally considered adverse, we have added >brackets< to those items in thi
report. For your protection, your account numbers have been partially masked, and in some cases scrambl

**BAC HOME LOANS SERV LP  #9321\*\*\*\***
4161 PIEDMONT PKWY
GREENSBORO, NC 27410
(800) 451-6362

| Date Opened: | | | Date Updated: | Pay Status: |
|---|---|---|---|---|
| 04/25/2005 | | | 07/10/2013 | >Account 90 Days Past Due Date< |
| Responsibility: | | | Payment | Terms: |
| Individual Account | | | Received: | $2,526 per month, paid Monthly for 36 |
| Account Type: | | | $2,526 | months |
| Mortgage Account | | | Last Payment | >Maximum Delinquency of 120 days i |
| Loan CONVENTIONAL REAL ESTATE | | | Made: | 12/2012< |
| Type: MTG | | | 07/05/2013 | |

Mortgage Info:
Freddie Mac ID #100059600087806860 Acct #110843681
Estimated month and year that this item will be removed:
12/2018

| | | | | |
|---|---|---|---|---|
| Amount Due | $2,526 | $2,526 | $2,526 | $2,526 |
| Amount Paid | $2,526 | $2,526 | $0 | $0 |
| Past Due | $7,580 | $7,580 | $5,053 | $5,053 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| High Balance | $359,650 | | $359,650 | | $359,650 | $359,650 | | | | |
| Rating | 90 | 90 | 90 | 60 | 60 | 60 | 90 | 120 | 90 | 60 |

| | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/201 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $321,131 | | | $322,767 | $323,307 | $323,845 | $324,380 | | | |
| Amount Due | $2,502 | | | $2,502 | $2,502 | $2,534 | $2,534 | | | |
| Amount Paid | $0 | | | $0 | $0 | $0 | $0 | | | |
| Past Due | $5,005 | | | $5,005 | $5,005 | $5,005 | $5,037 | | | |
| High Balance | $359,650 | | | $359,650 | $359,650 | $359,650 | $359,650 | | | |
| Rating | 60 | 30 | 60 | 60 | 60 | 60 | 60 | 30 | OK | 30 |

| | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | | | | | | $328,049 | $328,629 | $329,140 | $329,649 | $330,155 |
| Amount Due | | | | | | $2,408 | $2,408 | $2,153 | $2,153 | $2,153 |
| Amount Paid | | | | | | $0 | $0 | $0 | $0 | $0 |
| Past Due | | | | | | $0 | $0 | $0 | $0 | $0 |
| High Balance | | | | | | $359,650 | $359,650 | $359,650 | $359,650 | $359,650 |
| Rating | OK | 30 | OK | 30 | OK | OK | OK | OK | OK | OK |

| | 01/2011 | 12/2010 | 11/2010 | 10/2009 | 09/2008 | 08/2007 | 07/2006 | 06/2005 | 05/2004 | 04/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | 30 | 30 | OK | OK | OK | OK | OK | OK | OK |

| | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2007 | 08/2007 | 07/2007 | 06/2007 | 05/2007 | 04/2007 | 03/2007 | 02/2007 | 01/2007 | 12/2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2006 | 10/2006 | 09/2006 |
|---|---|---|---|
| Rating | OK | OK | OK |

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account number have been partially masked, and in some cases scrambled.

**AMERICAN EXPRESS   #349990835364****
PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

TINA BAUM,                          )
                                    )
        Plaintiff,                  )   Case No.
                                    )
vs.                                 )
                                    )
BANK OF AMERICA, N.A.               )   JURY DEMANDED
                                    )
        Defendant.                  )
_____)

### COMPLAINT

### JURISDICTION

1.    The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2.    The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 et seq. (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims including, but not limited to, defamation and invasion of privacy.

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

**Bank of America**  **Home Loans**

PO Box 5170
Simi Valley, CA 93062-5170

0030581 02 AV 0.357 **AUTO T0 021 89129-223003 C27-P2061 1412
MSR A2D08101 D47180000000000 BLM6-HATR— MLB-IVORE 2 CONSTE
TINA L BAUM
8705 QUEENS BROOK CT
LAS VEGAS NV 89129-2230

Customer service information

Customer service: 1.800.669.6607

TDD/TTY users only: 1.800.300.6407

En Español: 1.800.295.0025

Monday-Friday 7a.m. to 7pm. Local Time

bankofamerica.com

| Account number | 093212003 |
|---|---|
| Payment due date | January 1, 2014 |
| **Total Amount Due** | **$12,883.72** |

## Your Home Loan Account

Statement date: December 16, 2013

> You are currently participating in a Trial Payment Plan. During this Trial Period you may make your monthly payments at the Trial Period monthly payment amount, which is 1654.04 instead of the amount shown on this statement.

### Account information

| | |
|---|---|
| Principal balance | $343,138.53 |
| Escrow balance | -$62.48 |
| Interest rate | 5.8905% |
| Prepayment penalty | No |

### Explanation of total amount due

| | |
|---|---|
| Principal | $599.97 |
| Interest | $1,554.31 |
| Escrow (taxes and insurance) | $332.66 |
| Regular monthly payment | $2,486.94 |
| Current period fees and charges | $0.00 |
| Overdue payments, fees and charges | $12,857.23 |
| Unapplied funds | -$2,460.45 |
| Total amount due | $12,883.72 |
| Please see the "Other important information" section of this statement |

### Past payments breakdown

| | Paid since last statement | Paid year to date |
|---|---|---|
| Principal | $589.02 | $5,591.79 |
| Interest | $1,577.96 | $15,847.99 |
| Escrow (taxes and insurance) | $537.91 | $4,894.67 |
| Fees, charges, and advances | $0.00 | $0.00 |
| Unapplied funds | $1,781.11 | $2,460.45 |
| Total | $4,308.00 | $26,894.92 |

---

**Bank of America** **Home Loans**

Account number: 093212003
TINA L BAUM

Property address:
7230 BUTTONS RIDGE DRIVE
LAS VEGAS, NV 89131

Bank of America, N.A.
PO Box 650070
Dallas, TX 75265-0070

Amount due on January 1, 2014    $2,486.94

| | |
|---|---|
| Additional principal | $ |
| Additional escrow | $ |
| Total enclosed | $ |

09321200330000024869400024 8694

586990058 093212003

1271-27-00-0050 33 1-0001-0074950



*** 330135064-012 ***
P.O. Box 2000
Chester, PA 19022-2000

04/09/2014   TransUnion.

P3GKW000203017-I02J 257-310336460

TINA L. BAUM
8705 QUEENS BROOK CT
LAS VEGAS, NV 89129-2230

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| BAC HOME LOANS SERV LP | # 9321**** | VERIFIED, NO CHANGE |

# EXHIBIT 9

Page: 1 of 1

| | |
|---|---|
| File Number: | 330135064 |
| Date Issued: | 04/09/2014 |

## -Begin Credit Report-



Trans**Union.**

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**BAC HOME LOANS SERV LP #9321****** ( 4161 PIEDMONT PKWY, GREENSBORO, NC 27410, (800) 451-6362 )

| | | | | |
|---|---|---|---|---|
| Date Opened: | 04/25/2005 | Balance: | $314,334 | Pay Status: >Account 120 Days Past Due Date< |
| Responsibility: | Individual Account | Date Updated: | 02/24/2014 | Terms: $2,526 per month, paid Monthly for |
| Account Type: | Mortgage Account | Payment Received: | $0 | 360 months |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG | Last Payment Made: | 11/06/2013 | >Maximum Delinquency of 120 days in 11/2012 |
| | | High Balance: | $359,650 | and in 02/2014 for $10,049< |
| | | Past Due: | >$10,049< | |

Mortgage Info: Freddie Mac ID #100059600087806860 Acct #110843681
Remarks: ACCT INFO DISPUTED BY CONSUMR
Estimated month and year that this item will be removed: 12/2018

| | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 60 | 60 |

| | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 90 | 120 | 90 | 60 | 60 | 30 | 60 | 60 | 60 | 60 | 60 |

| | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 30 | OK | 30 | OK | 30 | OK | 30 | OK | OK | OK | OK | OK |

| | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 30 | OK | OK | OK |

| | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 | 07/2007 | 06/2007 | 05/2007 | 04/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

## -End of Credit Report-



Prepared for: **TINA L BAUM**
Date: **April 09, 2014**
Report number: **0236-4855-46**

Page 1 of 4

## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item was not changed as a result of our processing of your dispute

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

**Processed** - This item was either updated or deleted; review this report to learn its outcome

### Results

We have completed the processing of your dispute(s). Here are the results:

| Credit items | Outcome |
|---|---|
| BANK OF AMERICA, N.A. 9321.... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time

### Additional information

To view a full copy of your corrected credit report, visit experian.com/viewreport

☐ To receive a copy by mail, check this box and within 30 days return this original page to P.O. Box 9701, Allen, TX 75013.
Copies will not be accepted.

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only $7.95. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.



Scan me with your smart phone for special offers from Experian.

PO Box 9701
Allen, TX 75013

0015544 01 MB 0.422 **AUTO  T6 0.7095 89129-223005  -C01-P-166594

TINA L BAUM
8705 QUEENS BROOK COURT
LAS VEGAS NV 89129-2230

0002991390

**Experian**
A world of insight

Prepared for: **TINA L BAUM**
Date: **April 09, 2014**
Report number: **0236-4855-46**

Page 2 of 4

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

## Credit items

**BANK OF AMERICA, N.A.**
4161 PIEDMONT PKWY
GREENSBORO NC 27410
**Phone number**
(800) 451 6362
**Partial account number**
9321....
**Address Identification number**
0699130137
**Mortgage Identification Number**
100059600087806860
**Freddie Mac ID**
110843681

**Date opened**
Apr 2005
**First reported**
Jan 2010
**Date of status**
Feb 2014

**Type**
Mortgage
**Terms**
2 Years
**Monthly payment**
$2,526

**Credit limit or original amount**
$359,650
**High balance**
Not reported

**Recent balance**
$314,334 as of Feb 2014
**Recent payment**
$2,526

**Responsibility**
Individual
**Status**
Open. $10,049 past due as of Feb 2014.
By Oct 2018, this account is scheduled to go to a positive status.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Sep 2013.

**Payment history**

| 2014 | 2013 | 2012 | 2011 | 2010 |
|---|---|---|---|---|
| FEB JAN DEC NOV OCT SEP AUG JUL | JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL | JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL | JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL | JUN MAY APR MAR FEB JAN DEC NOV OCT SEP |

150 ND ND ND ND ND ND ... (payment history boxes)

AUG JUL JUN MAY APR MAR FEB JAN
OK OK OK OK OK OK 30 ND

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

AB = Account balance ($)   DPR = Date payment received   = Scheduled payment amount ($)   AAB = Actual amount paid ($)

| | Nov13 | Oct13 | Sep13 | Aug13 | Jul13 | May13 | Apr13 | Mar13 | Feb13 | Jan13 | Dec12 | Nov12 | Oct12 | Sep12 | Aug12 | Jul12 | Jun12 | May12 | Apr12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 314,334 | 314,916 | 315,495 | 316,071 | 316,645 | 317,215 | 317,783 | 318,348 | 318,910 | 319,469 | 320,026 | 321,131 | 321,131 | 321,131 | 321,679 | 322,224 | 322,767 | 323,307 | 323,845 |
| DPR | Nov08 | Oct04 | Sep06 | Jul05 | Jul05 | May31 | Apr05 | Mar06 | Feb14 | Jan24 | Dec31 | Nov27 | Oct30 | Sep26 | Aug31 | Jul30 | Jun29 | May21 | Apr07 |

0002991390

7082-01-05-00154440000-009034

| Experian | Prepared for: **TINA L BAUM** | Page 3 of 4 |
| --- | --- | --- |
| A world of insight | Date: **April 09, 2014** | |
| | Report number: **0236-4855-46** | |

Your accounts that may be considered negative (continued)

| | 2,526 | 2,526 | 2,526 | 2,526 | 2,526 | 2,526 | 2,526 | 2,526 | 2,520 | 2,502 | 2,502 | 2,502 | 2,502 | 2,502 | 2,502 | 2,502 | 2,502 | 2,502 | 2,534 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AAD | 2,526 | 2,526 | 2,526 | 2,526 | 2,526 | 2,526 | 2,526 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

► *The original amount of this account was $359,650*

0002991390

•••Experian
A world of insight

Prepared for: **TINA L BAUM**
Date: **April 09, 2014**
Report number: **0236-4855-46**

THIS PAGE INTENTIONALLY LEFT BLANK

000299139O

Page 4 of 4

7086-01-00-01654A-0002-0028633



Natalie L. Winslow

Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
Tel: 702.634.5000
Fax: 702.380.8572

September 22, 2014

Mitchell Gliner
3017 W. Charleston Boulevard, Suite 95
Las Vegas, Nevada 89102
Mgliner@glinerlaw.com

RE: Tina Baum, case no. 2:13-cv-02109-KJD-CWH

Mr. Gliner:

This letter shall serve as a follow-up and confirmation to our previous discussions concerning the credit amendments made to your client's account by Bank of America.

Bank of America submitted a Universal Data Form to correct your client's credit on July 2, 2014. As of that date, the Bank's records still reflected an escrow account on your client's loan account, resulting in a total monthly payment amount of $2,486.00 shown on the UDF. On August 1, 2014, the escrow account on your client's loan account was removed, resulting in a monthly payment amount of $2,154.00 (which is the principal and interest payment on the account). As of September 4, 2014, the principal balance on your client's account is $304,334.47. Your client's account is showing as current from its inception as of September 16, 2014. Your client's loan has been current from its inception.

Sincerely,

Natalie L. Winslow

akerman.com



{29611027;1}