UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TINA BAUM, | ) |
| Plaintiff, | ) Case No. 2:15-cv-01599-GMN-GWF |
| vs. | ) **ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed August 20, 2015. Defendant Trans Union LLC filed its Answer (#10) on October 15, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **December 14, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 4th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge